# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

CLIFFORD JUNIOR WASHINGTON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2161

————————————————

November 14, 2025

Appeal from the Circuit Court for Pinellas County; Philippe Matthey, Judge.

Blair Allen, Public Defender, and Lisa B. Lott, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

Affirmed.

NORTHCUTT, BLACK, and LABRIT, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.